UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>            Plaintiff, )<br>                                )<br>vs.                         )<br>                                )<br>LIN, BIAO WAN           )<br>            Defendant. )<br>_____) | USDC Cr. Cs. No. 02-00008-002<br><br>**TERMINATION**<br><br>F I L E D<br>Clerk<br>District Court<br><br>AUG − 8 2005<br><br>For The Northern Mariana Islands<br>By_____<br>                    (Deputy Clerk) |

Re:   **Report and Order Terminating Term of Supervised Release**

       On June 20, 2002, Mr. Lin was sentenced in the District Court of the Northern Mariana Islands for Conspiracy to Deal in Firearms without a License, in violation of 18 U.S.C. §371, and Dealing in Firearms Without a License, in violation of 18 U.S.C. §922(a)(1)(A) and §924(a)(1)(D). He was sentenced to time served, plus one week imprisonment followed by three years supervised release with conditions to include: that he be delivered to a duly authorized immigration official for immediate deportation pursuant to 18 U.S.C. §3583(d), and that he shall remain outside the United States during his term of supervised release; not commit another federal, state, or local crime; comply with the standard conditions of release as set forth by the United States Sentencing Commission; not possess a firearm or other dangerous weapon; refrain from any unlawful use of a controlled substance; maintain gainful employment; perform 200 hours of community service; and pay $100.00 special assessment fee.

       On August 16, 2002, Mr. Lin was deported to China by the U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement. On June 13, 2003 the Court ordered that the unpaid portion of the special assessment fee in the amount of $100.00 imposed be remitted. Mr. Lin's period of supervised release expired on June 26, 2005. Therefore, it is recommended that the he be discharged from supervised release and the proceedings in this case be terminated.

       RESPECTFULLY submitted this _13th_ day of July 2005.

                                                            FRANK MICHAEL CRUZ
                                                            Chief U.S. Probation Officer

                                                    By:  _____
                                                            MARGARITA WONENBERG
                                                            U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    AUSA
       Defense Counsel
       Guam Bureau of Immigration and Customs Enforcement
       File

TERMINATION
Report and Order Terminating Term of Supervised Release
Re: Lin, Biao Wan
USDC Cr. Cs. No. 02-00008-002
July 6, 2005
Page 2

************************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Biao Wan Lin be discharged from supervised release and that the proceeding in the case be terminated.

Dated this  6 ~~TH~~  day of ~~July~~ AUGUST 2005.

_____
District Judge
U.S. District Court
of the Northern Mariana Islands